UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SCHEIBE,<br><br>                            Plaintiff,<br><br>v.<br><br>1ST PHORM INTERNATIONAL, LLC,<br><br>                            Defendant. | Case No.: 23CV215-GPC(BLM)<br><br>**ORDER GRANTING AMENDED JOINT MOTION FOR ENTRY OF DISMISSAL WITH PREJUDICE** |

Upon consideration of the parties' Amended Joint Motion for Entry of an Order of Dismissal, IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE. The Court reserves jurisdiction over this action through and to September 8, 2023 to enforce the terms of the settlement agreement reached between the parties, if necessary.

IT IS SO ORDERED.

Dated: July 25, 2023

Hon. Gonzalo P. Curiel
United States District Judge